<pre>
                    UNITED STATES  DISTRICT COURT
                   EASTERN DISTRICT OF NORTH CAROLINA
                            NORTHERN DIVISION


Chrisanna Lamb,                       )
for J.P., a minor,                    )
                Plaintiff,            )
                                      )
      v.                              )         **JUDGMENT**
                                      )
Michael J. Astrue,                    )         No. 2:11-CV-40-D
Commissioner of Social Security,      )
                Defendant.            )
                                      )
</pre>

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner's motion for judgment on the pleadings is GRANTED, Lamb's motion for judgment on the pleadings is DENIED, and the Commissioner's final decision is AFFIRMED. The clerk shall close the case.


**This judgment filed and entered on August 20, 2012, and served on:**

Lawrence Wittenberg  (Via CM/ECF Notice of Electronic Filing)
Gabriel R. Deadwyler  (Via CM/ECF Notice of Electronic Filing)



August 20, 2012                              /s/ Julie A. Richards,
                                             Clerk of Court